County of Madera v. Picayune Rancheria of the Chukchansi Indians, et al. Doc. 29

Case 1:06-cv-01698-AWI-DLB   Document 29   Filed 12/06/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MADERA, a political subdivision of the State of California ) ) ) Plaintiffs, ) v. ) ) PICAYUNE RANCHERIA OF THE ) CHUKCHANSI INDIANS, a tribal ) entity, et. al., ) ) Defendants. ) _____) | CIV F 06-1698 AWI DLB<br><br>ORDER GRANTING PICAYUNE RANCHERIA'S MOTION TO SHORTEN TIME |

This case was removed from the Superior Court of Madera County. Currently set for hearing on December 15, 2006, at 1:30 p.m. is the County of Madera's motion for temporary restraining order. The Picayune Rancheria of the Chukchansi Indians ("the Tribe") has filed a motion to transfer and a motion to shorten time of the hearing on the motion to transfer. Specifically, the Tribe requests that the hearing on the motion to transfer occur on the same date and time as the County's motion for a temporary restraining order. The Court will grant the motion to shorten time.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Tribe's motion to shorten time is GRANTED;

2.  The hearing on the Tribe's motion to transfer will be held on Friday, December 15, 2006,

1     at 1:30 p.m.;

2  3.    The County will file either an opposition or notice of non-opposition to the Tribe's motion to transfer by 1:00 p.m., December 11, 2006; and

4  4.    The Tribe may file a reply by 11:00 a.m., December 13, 2006, to any oppositions.

IT IS SO ORDERED.

**Dated:**   **December 5, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE