County of Madera v. Picayune Rancheria of the Chukchansi Indians, et al.     Doc. 30

Case 1:06-cv-01698-AWI-DLB    Document 30    Filed 12/06/2006    Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF MADERA, a political subdivision of the State of California ) ) ) Plaintiffs, ) ) v. ) ) PICAYUNE RANCHERIA OF THE ) CHUKCHANSI INDIANS, a tribal ) entity, et. al., ) ) Defendants. ) ) | CIV F 06-1698 AWI DLB ORDER VACATING HEARING DATE OF DECEMBER 15, 2006, SETTING NEW HEARING FOR DECEMBER 19, 2006, AND GRANTING THE COUNTY'S MOTION TO SHORTEN TIME |

    This case was removed from the Superior Court of Madera County. Currently set for hearing on December 15, 2006, at 1:30 p.m. is the County of Madera's motion for temporary restraining order and the Picayune Rancheria of the Chukchansi Indians ("the Tribe")'s motion to transfer. The County now moves to remand this case under Federal Rule of Civil Procedure 1447 and requests an order shortening time so that its remand motion is heard prior to or contemporaneously with the motions for transfer and temporary restraining order. The Court had previously granted the Tribe's motion to shorten time and set a briefing schedule on the motion to transfer. The Court will grant the County's motion to shorten time, but given that there are now three motions pending in this matter, the Court will modify the briefing schedules and hearing date.

Accordingly, IT IS HEREBY ORDERED that:

1. The currently set hearing date of December 15, 2006, is VACATED;
2. The County's motion to shorten time to hear its motion to remand is GRANTED;
3. The hearing on the County's motion to remand, the County's motion for a temporary restraining order, and the Tribe's motion to transfer will be held on Tuesday, December 19, 2006, at 3:30 p.m.;
4. The previously set briefing schedule regarding the County's motion for temporary restraining order will remain unaltered;
5. The County will file either an opposition or notice of non-opposition to the Tribe's motion to transfer on or by December 12, 2006; and
6. The Tribe may file a reply on or by December 14, 2006, to any opposition as to the motion to transfer;
7. The Tribe will file either an opposition or notice of non-opposition to the motion to remand on or by December 12, 2006; and
8. The County may file a reply to any opposition to the remand motion by December 14, 2006.

IT IS SO ORDERED.

**Dated:   December 6, 2006**             /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE